**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

__Northern__ District of __Texas__
(State)

Case number (*If known*): _____ Chapter __7__

☐ Check if this is an amended filing

Official Form 205

# Involuntary Petition Against a Non-Individual       12/15

Use this form to begin a bankruptcy case against a non-individual you allege to be a debtor subject to an involuntary case. If you want to begin a case against an individual, use the *Involuntary Petition Against an Individual* (Official Form 105). Be as complete and accurate as possible. If more space is needed, attach any additional sheets to this form. On the top of any additional pages, write debtor's name and case number (if known).

## Part 1: Identify the Chapter of the Bankruptcy Code Under Which Petition Is Filed

1. **Chapter of the Bankruptcy Code**

   *Check one:*

   ☒ Chapter 7
   ☐ Chapter 11

## Part 2: Identify the Debtor

2. **Debtor's name**

   Jupiter Marketing & Trading, LLC

3. **Other names you know the debtor has used in the last 8 years**

   Include any assumed names, trade names, or *doing business as* names.

   CMG Pipeline, LLC

4. **Debtor's federal Employer Identification Number (EIN)**

   ☒ Unknown

   __ __ – __ __ __ __ __ __ __
   EIN

5. **Debtor's address**

   **Principal place of business**

   15851 Dallas Parkway, #650
   Number    Street

   _____

   Addison                 TX    75001
   City                    State  ZIP Code

   Dallas
   County

   **Mailing address, if different**

   _____
   Number    Street

   _____
   P.O. Box

   _____  _____  _____
   City        State   ZIP Code

   **Location of principal assets, if different from principal place of business**

   _____
   Number    Street

   _____

   _____  _____  _____
   City        State   ZIP Code

Official Form 205         Involuntary Petition Against a Non-Individual         page 1

Debtor    __Jupiter Marketing & Trading, LLC__        Case number (*if known*)_____
         Name

| | | |
|---|---|---|
| **6.** | **Debtor's website** (URL) | ___www.jupitermlp.com_____ |

**7. Type of debtor**

☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other type of debtor. Specify: _____

**8. Type of debtor's business**

*Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☒ None of the types of business listed.
☐ Unknown type of business.

**9. To the best of your knowledge, are any bankruptcy cases pending by or against any partner or affiliate of this debtor?**

☒ No
☐ Yes. Debtor _____ Relationship _____

    District _____ Date filed _____ Case number, if known_____
                                                                    MM / DD / YYYY

    Debtor _____ Relationship _____

    District _____ Date filed _____ Case number, if known_____
                                                                    MM / DD / YYYY

### Part 3: Report About the Case

**10. Venue**

*Check one:*

☒ Over the last 180 days before the filing of this bankruptcy, the debtor had a domicile, principal place of business, or principal assets in this district longer than in any other district.

☐ A bankruptcy case concerning debtor's affiliates, general partner, or partnership is pending in this district.

**11. Allegations**

Each petitioner is eligible to file this petition under 11 U.S.C. § 303(b).

The debtor may be the subject of an involuntary case under 11 U.S.C. § 303(a).

*At least one box must be checked*:

☒ The debtor is generally not paying its debts as they become due, unless they are the subject of a bona fide dispute as to liability or amount.

☐ Within 120 days before the filing of this petition, a custodian, other than a trustee, receiver, or an agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

**12. Has there been a transfer of any claim against the debtor by or to any petitioner?**

☒ No
☐ Yes. Attach all documents that evidence the transfer and any statements required under Bankruptcy Rule 1003(a).

Debtor **Jupiter Marketing & Trading, LLC**  
　　　Name

Case number (if known) _____

### 13. Each petitioner's claim

| Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|
| Macquarie Energy North America Trading Inc. | Contract | $ 3,005,015.94[1] |
| Dupre Logistics, LLC | Contract/sworn account | $ 997,205.21 |
| King Operating Fund I LP | Conversion/Civil Theft | $ 285,000.00 |
| | Total of petitioners' claims | $ 4,287,221.15 |

If more space is needed to list petitioners, attach additional sheets. Write the alleged debtor's name and the case number, if known, at the top of each sheet. Following the format of this form, set out the information required in Parts 3 and 4 of the form for each additional petitioning creditor, the petitioner's claim, the petitioner's representative, and the petitioner's attorney. Include the statement under penalty of perjury set out in Part 4 of the form, followed by each additional petitioner's (or representative's) signature, along with the signature of the petitioner's attorney.

### Part 4: Request for Relief

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

Petitioners request that an order for relief be entered against the debtor under the chapter of 11 U.S.C. specified in this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, attach a certified copy of the order of the court granting recognition.

I have examined the information in this document and have a reasonable belief that the information is true and correct.

**Petitioners or Petitioners' Representative**

Name and mailing address of petitioner  
**Macquarie Energy North America Trading Inc.**  
Name  
**500 Dallas Street, Suite 3300**  
Number  Street  
**Houston**　　**Texas**　　**77002**  
City　　State　　ZIP Code

Name and mailing address of petitioner's representative, if any  
**Travis McCullough**  
Name  
**500 Dallas Street, Suite 3300**  
Number  Street  
**Houston**　　**Texas**　　**77002**  
City　　State　　ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **09/09/2019**  
　　　　　　　MM / DD / YYYY

X /s/ Travis McCullough  
Signature of petitioner or representative, including representative's title

**Attorneys**

**Joshua W. Wolfshohl**  
Printed name  
**Porter Hedges LLP**  
Firm name, if any  
**1000 Main Street, Suite 3600**  
Number  Street  
**Houston**　　**Texas**　　**77002**  
City　　State　　ZIP Code

Contact phone **713-226-6695**　Email **jwolfshohl@porterhedges.com**

Bar number **24038592**

State **Texas**

X /s/ Joshua W. Wolfshohl  
Signature of attorney

Date signed _____  
　　　　　　 MM / DD / YYYY

---

[1] Macquarie has an additional liquidated, secured claim against Debtor for $14,493,257.00.

Official Form 205　　　Involuntary Petition Against a Non-Individual　　　page 3

Debtor **Jupiter Marketing & Trading, LLC**
Name

Case number (if known) _____

---

**Name and mailing address of petitioner**

Dupre Logistics, LLC
Name

201 Energy Parkway, Suite 500
Number   Street

Lafayette        Louisiana     70508
City             State         ZIP Code

**Name and mailing address of petitioner's representative, if any**

Heather Chachere
Name

201 Energy Parkway, Suite 500
Number   Street

Lafayette        Louisiana     70508
City             State         ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 07/10/2019
MM / DD / YYYY

X /s/ Heather M Chachere
Signature of petitioner or representative, including representative's title
Accounts Receivable Manager

---

Howard J. Klatsky
Printed name

Fee Smith
Firm name, if any

Three Galleria Tower, 13155 Noel Road, Suite 1000
Number   Street

Dallas           TX            75240
City             State         ZIP Code

Contact phone 972-980-3494  Email hklatsky@feesmith.com

Bar number 00786024

State Texas

X /s/ Howard J. Klatsky
Signature of attorney

Date signed 7/10/19
MM / DD / YYYY

---

**Name and mailing address of petitioner**

King Operating Fund I LP
Name

6142 Campbell Road, North Dallas Energy Centre
Number   Street

Dallas           Texas         75248
City             State         ZIP Code

**Name and mailing address of petitioner's representative, if any**

James R. Young
Name

6142 Campbell Road, North Dallas Energy Centre
Number   Street

Dallas           Texas         75248
City             State         ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____
MM / DD / YYYY

X _____
Signature of petitioner or representative, including representative's title

---

Jason R. Marlin
Printed name

Locke Lord LLP
Firm name, if any

2200 Ross Avenue, Suite 2800
Number   Street

Dallas           Texas         75201
City             State         ZIP Code

Contact phone (214) 740-8000  Email jmarlin@lockelord.com

Bar number 24050989

State Texas

X _____
Signature of attorney

Date signed _____
MM / DD / YYYY

---

Official Form 205    Involuntary Petition Against a Non-Individual    page 4

Debtor **Jupiter Marketing & Trading, LLC**
Name

Case number (if known) _____

---

**Name and mailing address of petitioner**

Dupre Logistics, LLC
Name

201 Energy Parkway, Suite 500
Number    Street

Lafayette          Louisiana        70508
City               State            ZIP Code

**Name and mailing address of petitioner's representative, if any**

Heather Chachere
Name

201 Energy Parkway, Suite 500
Number    Street

Lafayette          Louisiana        70508
City               State            ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____
            MM / DD / YYYY

✗ _____
Signature of petitioner or representative, including representative's title

---

Howard J. Klatsky
Printed name

Fee Smith
Firm name, if any

Three Galleria Tower, 13155 Noel Road, Suite 1000
Number    Street

Dallas              TX              75240
City                State           ZIP Code

Contact phone  972-980-3494  Email hklatsky@feesmith.com

Bar number  00786024

State  Texas

✗ _____
Signature of attorney

Date signed _____
            MM / DD / YYYY

---

**Name and mailing address of petitioner**

King Operating Fund I LP
Name

6142 Campbell Road, North Dallas Energy Centre
Number    Street

Dallas              Texas           75248
City                State           ZIP Code

**Name and mailing address of petitioner's representative, if any**

James R. Young
Name

6142 Campbell Road, North Dallas Energy Centre
Number    Street

Dallas              Texas           75248
City                State           ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  7/12/19
            MM / DD / YYYY

✗ _[signature]_
Signature of petitioner or representative, including representative's title

---

Jason R. Marlin
Printed name

Locke Lord LLP
Firm name, if any

2200 Ross Avenue, Suite 2800
Number    Street

Dallas              Texas           75201
City                State           ZIP Code

Contact phone  (214) 740-8000  Email jmarlin@lockelord.com

Bar number  24050989

State  Texas

✗ _[signature]_
Signature of attorney

Date signed  07/12/2019
            MM / DD / YYYY

---

Official Form 205          Involuntary Petition Against a Non-Individual          page 4

Debtor: Jupiter Marketing & Trading, LLC

Case number (if known): _____

**13. Each petitioner's claim**

| Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|
| White Rock Oil & Gas, LLC | Contract/Sworn Account | $445,269.14 |
| | | $ |
| | | $ |
| | Total of petitioners' claims | $4,732,490.29 |

If more space is needed to list petitioners, attach additional sheets. Write the alleged debtor's name and the case number, if known, at the top of each sheet. Following the format of this form, set out the information required in Parts 3 and 4 of the form for each additional petitioning creditor, the petitioner's claim, the petitioner's representative, and the petitioner's attorney. Include the statement under penalty of perjury set out in Part 4 of the form, followed by each additional petitioner's (or representative's) signature, along with the signature of the petitioner's attorney.

### Part 4: Request for Relief

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

Petitioners request that an order for relief be entered against the debtor under the chapter of 11 U.S.C. specified in this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, attach a certified copy of the order of the court granting recognition.

I have examined the information in this document and have a reasonable belief that the information is true and correct.

**Petitioners or Petitioners' Representative**

Name and mailing address of petitioner
White Rock Oil & Gas, LLC
5810 Tennyson Parkway, Suite 500
Plano, Texas 75024

Name and mailing address of petitioner's representative, if any
Rusty Ginnetti
5810 Tennyson Parkway, Suite 500
Plano, Texas 75024

**Attorneys**

Elizabeth L. Tiblets and Jeffrey C. King
K&L Gates LLP
301 Commerce, Suite 3000
Fort Worth, Texas 76102

Contact phone: (817) 347-5037 / (817) 347-5035
Email: elizabeth.tiblets@klgates.com / jeffrey.c.king@klgates.com
Bar number: 24066194 - Tiblets / 11449280 - King
State: Texas

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 7/10/2019

X /s/ Rusty Ginnetti
Signature of petitioner or representative, including representative's title

X /s/ [Signature]
Signature of attorney

Date signed: 7/11/2019

Official Form 205 — Involuntary Petition Against a Non-Individual — page 3