# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| IN RE: § § | |
| JUPITER MARKETING AND TRADING, LLC § § § | CASE NO:  19-32329-mvl-7 |
| § | Chapter 7 |
| DEBTOR. § | |

## TRUSTEE'S INTERIM REPORT

The Trustee wishes to advise the Court, creditors and parties in interest that payments due the estate pursuant to the 9019 are being pursued through special counsel.

Respectfully Submitted,

  /s/ Scott M. Seidel
   Scott M. Seidel

6505 W. Park Blvd., Suite 306
Plano, Texas 75093
Telephone: (214) 234-2500
scott@scottseidel.com
CHAPTER 7 TRUSTEE